# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PITTSBURG WHOLESALE GROCERS, INC.,** *et al.*,<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**FEDERAL INSURANCE COMPANY,**<br><br>         **Defendant.** | Case No.: 13-CV-3403 YGR<br><br>**ORDER EXCUSING REQUIREMENT OF SUMMARY JUDGMENT PRE-FILING CONFERENCE; SETTING BRIEFING SCHEDULE AND PAGE LIMITS** |

The parties in this action have filed a joint request for a summary judgment motion pre-filing conference. Dkt. No. 13. The Court **EXCUSES** the parties from the requirement of a pre-filing conference. The parties shall file their cross-motions for summary judgment consistent with the briefing schedule and page limits set forth below. The hearing of both motions shall be noticed for the Court's 2:00 p.m. calendar on **Tuesday, February 25, 2014**, in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.

The Court hereby **ORDERS** the following briefing schedule and page limits:

| Nature of Brief | Filing Deadline | Page Limit (exclusive of exhibits) |
|---|---|---|
| Plaintiffs' Motion | Dec. 17, 2013 | 25 |
| Defendant's Cross-Motion | Jan. 14, 2014 | 25 |
| Plaintiffs' Response | Jan. 28, 2014 | 15 |
| Defendant's Response | Feb. 4, 2014 | 15 |

**IT IS SO ORDERED.**

Date: September 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**